■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE M. PEREZ, Appellant.—Three judgments of the Supreme

Court, Queens County (Sherman, J.), all rendered March 22, 1984, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.